## (January 30, 1984)

■ ELEANOR E. PATRICK, Appellant, v DAVID W. PATRICK, Respondent. — Motion for reargument denied, without costs. This court notes that the decision dated December 5, 1983 dismissing the appeal was based on the fact that the papers failed to establish merit to the appeal as required by 22 NYCRR 800.12 of the Rules of Practice. Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE VEYTRUBA, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Decision dated October 7, 1983, rescinded and application pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus, denied on the ground that petitioner's challenge to the legality of the sentence could have been reviewed directly by way of appeal or pursuant to CPL article 440 in the court of conviction (see *People ex rel. World v Jones,* 88 AD2d 1096). Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.